AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      CALIFORNIA

**APPEARANCE**

Case Number: 08mj1788

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAVID REYES-HERNANDEZ

I certify that I am admitted to practice in this court.

| 6/12/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |
|  | John C. Ellis, Jr. / Federal Defenders of SD — 228083 |
|  | Print Name — Bar Number |
|  | 225 Broadway, Suite 900 |
|  | Address |
|  | San Diego, CA  92101 |
|  | City — State — Zip Code |
|  | (619) 234-8467 — (619) 687-2666 |
|  | Phone Number — Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>v.                            )<br>                              )<br>DAVID REYES-HERNANDEZ,        )<br>                              )<br>          Defendant.          )<br>_____) | Case No. 08mj1788 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  June 12, 2008                              /s/ John  C. Ellis, Jr.
                                            JOHN C. ELLIS, JR.
                                            Federal Defenders
                                            225 Broadway, Suite 900
                                            San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            john_ellis@fd.org